Florence Kelley, appellee, v. Frances P. Gregsten, appellant. Gen. No. 26,424.

Action for damages for personal injuries received by plaintiff when a railing, on the porch of premises of which she was the tenant and defendant the owner, gave way. Verdict and judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with finding of fact. Opinion filed October 4, 1921. Rehearing denied October 17, 1921.

Harris F. Williams, for appellant. George L. Turnbull and Charles W. Hadley, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Edward M. Weyer and John F. Tosney, trading as Weyer & Tosney Knitting Company, appellees, v. Nathan R. Siegel, trading as Gibralter Knitting Company, appellant. Gen. No. 26,435.

Action for merchandise sold and delivered. Claim of set-off by defendant for damages for failure to deliver the balance of merchandise ordered. Judgment for plaintiffs on claim and against defendant on claim of set-off. Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed October 4, 1921.

Maurice Alschuler, for appellant. Hoyne & O'Connor, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

John F. Krzewinski, defendant in error, v. George and Mary Doruff et al., plaintiffs in error. Gen. No. 25,889.

Suit to foreclose a trust deed in the nature of a mortgage, the trustee not being made a party. Decree of foreclosure entered. Error to the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed October 4, 1921.

Henry M. Ashton and Edward M. Winston, for plaintiffs in error. Z. H. Kadow, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.